STATE v. LANE

No. 413P98

Case below: 127 N.C.App. 554

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 December 1998. Justice Wynn recused.


STATE v. McBRIDE

No. 367A98

Case below: 130 N.C.App. 342

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 November 1998.